# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kelvin J. Bethea,

      Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:06-cv-472

Kristie C. Bennett,

      Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2006 Order.

**Signed: November 20, 2006**

*[signature]*

Frank G. Johns, Clerk
United States District Court